# IN THE SUPREME COURT OF THE STATE OF NEVADA

GALAXY GAMING, INC., A NEVADA
CORPORATION,

             Appellant,

vs.

ROBERT B. SAUCIER, AN
INDIVIDUAL,

             Respondent.

No. 82081

**FILED**

NOV 16 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _Matt_____

cc:    Hon. Nancy L. Allf, District Judge
       Salvatore C. Gugino, Settlement Judge
       Pisanelli Bice, PLLC
       Garman Turner Gordon
       Eighth District Court Clerk

21 - 32943